```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -:
DEBRA HILTON,                        : 09 Civ. 7418 (RJH) (JCF)
                                     :
              Plaintiff,             :      O R D E R
                                     :
     - against -                     :
                                     :
MICHAEL J. ASTRUE, Commissioner      :
of Social Security,                  :
                                     :
              Defendant.             :
- - - - - - - - - - - - - - - - - - -:
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE
```

[USDS SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 1/4/10]

This case having been referred to the undersigned for a report and recommendation, and the complaint, answer, and administrative record having been filed, it is hereby ORDERED as follows:

1. Plaintiff shall file any motion for judgment on the pleadings or summary judgment no later than January 29, 2010.

2. Defendant shall file answering papers no later than February 26, 2010.

3. Plaintiff shall file reply papers, if any, no later than March 15, 2010.

4. If all parties wish to consent to final disposition by a United States Magistrate Judge, the enclosed form should be signed and returned.

SO ORDERED.

/s/ James C. Francis IV
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

1

Dated: New York, New York
January 4, 2010

Copies mailed this date:

Charles E. Binder, Esq.
Binder and Binder
215 Park Avenue South, 6th Floor
New York, New York 10003

Leslie A. Ramirez-Fisher, Esq.
Assistant United States Attorney
86 Chambers Street
New York, New York 10007

2